# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.  **ED CV 17-996-JFW(SPx)**                               Date: June 26, 2017

Title:    Theresa Brooke -v- Dinesh Bhakta, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                                          None

**PROCEEDINGS (IN CHAMBERS):**   ORDER TO SHOW CAUSE

On June 9, 2017, the Court set a Status Conference for June 15, 2017 and counsel for plaintiff, Peter Kristofer Strojnik, was notified of date and time of the hearing. On June 15, 2017, notwithstanding Mr. Strojnik's failure to appear at the hearing, the Court vacated the dismissal of this action for the reasons stated on the record. At the hearing, and in the Court's June 15, 2017 Minute Order, the Court ordered Mr. Strojnik to notify the United States Court of Appeals for the Ninth Circuit that the Court had vacated its order dismissing the action. In addition, the Court ordered Mr. Strojnik to file a declaration with this Court confirming that he had so notified the Ninth Circuit.

Based on the Court's review of the dockets in this action and the Ninth Circuit (Case No. 17-55827), it appears that Mr. Strojnik has failed to notify the Ninth Circuit that this Court vacated its dismissal and failed to file the Court-ordered declaration in this action. As a result, the Court orders Peter Kristofer Strojnik to show cause in writing by **June 30, 2017** why he should not be sanctioned in the amount of $750.00 for his violation of the Court's Order.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

IT IS SO ORDERED.